**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

No. C06-4357 MHP

RAMIN NIKOOSERESHT

      Petitioner,

  vs.

BEN CURRY, Warden,

      Respondent.

_____/

**ORDER DENYING STAY**

     This court having considered its order granting the habeas petition in this action,

respondent's motions for a stay and petitioner's opposition thereto, hereby orders that the motion for

a stay and or modification is DENIED.

     IT IS SO ORDERED.

Date: August 29, 2007

_____
MARILYN HALL PATEL
Judge
United States District Court
Northern District of California

**ENDNOTES**

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28